IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHAEL ALOYSIUS HUSTON,

                                                                                       ORDER

                Petitioner,

                                                                       08-cv-733-bbc

     v.

STATE OF WISCONSIN,
ST. CROIX CO. CIRCUIT COURT,
Judge EDWARD VLACK,
District Att. ERIC JOHNSON,
ST. CROIX CO. POLICE DEPT,
Investigator MICHAEL WAKLING,
ESTREEN & OGLAND ATTORNEYS AT LAW,
AARON NELSON,
WI. STATE PUBLIC DEFENDERS,
KENNETH LUND,
KAREN SMITH and
Appeals Att. KEITH PETERSON,

                Respondents.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In response to this court's order of December 24, 2008, petitioner Michael Huston has a number of documents, including one to which is attached a document marked "Evidence Exhibit 1" that appears to be a report of a doctor setting forth medical information about a minor. In the interest of the minor's privacy and on the court's own motion, IT IS

1

ORDERED that the Clerk of Court immediately place under SEAL the document titled "Evidence Exhibit 1."

Entered this 13th day of January, 2009.

BY THE COURT:

/s/

_____
LINN ADELMAN
District Judge

2