# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

MICHAEL ALOYSIUS HUSTON,

      Petitioner,

  v.

STATE OF WISCONSIN, ST. CROIX
COUNTY CIRCUIT COURT,
JUDGE EDWARD VLACK, ERIC JOHNSON,
ST. CROIX POLICE DEPARTMENT,
MICHAEL WAKLING, ESTREN & OGLAND
ATTORNEYS AT LAW, AARON NELSON,
WISCONSIN PUBLIC DEFENDERS,
KENNETH LUND, KAREN SMITH,
KEITH PETERSON,

      Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-733-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____1/29/09_____
Date